FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12) (INNB 03/13)    Case Number **13–11358–reg**

# UNITED STATES BANKRUPTCY COURT
Northern District of Indiana

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/6/13. You may be a creditor.
**This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.

### Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

Debtor(s):
**Paul David Klopsch**
7126 Wren Lane
Fort Wayne, IN 46835

**Lisa Diane Klopsch**
7126 Wren Lane
Fort Wayne, IN 46835

Case Number:   **13–11358–reg**

Social–Security or Individual Taxpayer–ID (ITIN) No(s):
xxx–xx–5279
xxx–xx–6920

All other names used by the Debtor(s) in the last 8 years (include married, maiden and trade names):

Attorney for Debtor(s):
Michele R. Igney
119 W. Mitchell Street
Suite 2A
Kendallville, IN 46755
Telephone number:  260–349–9050

Bankruptcy Trustee assigned by U.S. Trustee:
Mark A. Warsco
505 East Washington Blvd.
P.O. Box 11647
Fort Wayne, IN 46859–1647
Telephone number:  (260) 469–0256

### Meeting of Creditors

Date: **June 13, 2013**        Location: Room 1194, 1300 South Harrison Street, Fort Wayne, IN 46802

Time: **09:00 AM**

*The Debtor(s) must attend the meeting to be questioned under oath.* **Professional dress, photo ID and proof of SSN are required.**
*Creditors are welcome to attend.*
Debtor(s) needing a no cost telephone translation service should contact the trustee for more information.

No later than 7 days prior to Meeting of Creditors, Debtors must email the Trustee PDF attachments of the documents listed below or the meeting may be postponed (Please contact the trustee for e–mail address):
–Copies of all payment advices, pay stubs, or other evidence of income received by the debtor within 60 days of filing.
–Copies of the most recently filed state and federal tax returns.
–Life insurance declaration showing cash value and beneficiary (if scheduled).
–Statements showing balance of bank accounts, brokerage account, etc. as of petition date (may provide at Meeting of Creditors) .

### Presumption of Abuse under 11 U.S.C. § 707(b)
The presumption of abuse does not arise.

### Deadlines
Filings must be *received* by the bankruptcy clerk's office by the following deadlines:

**Objection to Debtor's Discharge or Challenge to Dischargeability of Certain Debts: 8/12/13**
**Objection to Exemptions: Thirty (30) days after the conclusion of the meeting of creditors.**

Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

**Address of the Bankruptcy Clerk's Office:**
1300 S. Harrison St.
Fort Wayne, IN 46802

Telephone number:  260–420–5100
Hours: Monday – Friday 9:00 AM – 4:00 PM

**For the Court:**

Christopher M. DeToro
Clerk of the Bankruptcy Court
Date: 5/7/13

The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights.